IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NICOLE WRAY, et al.                                              PLAINTIFFS

VS.                                                NO. 3:18-cv-622-DPJ-FKB

GEICO INDEMNITY COMPANY, et al.                                  DEFENDANTS

## Defendant's Privilege Log

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| Unknown. Word Document, date changes when printed | 501 | Jennifer East | T. Daniel | Settlement negotiations and discussions regarding making sure Medicaid's interests are protected. | Document unrelated to this claim. Seems to have been saved in the wrong file. |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 9/12/2018-9/25/2019 | 586-597 | Chad, Stanley, Jennifer Phillips, Bryan Darity, Scott Brooks, Michael McCarthy, Chad Blaxton, Shannon Davis, Rachel Foskey | Atlas System | Litigation. Notes made by adjusters and claims managers in Atlas System discussing lawsuit with adjusters and defense counsel following notification of lawsuit being filed. | Work-Product (mental impressions and notes) and Attorney-Client Privilege |
| 4/23/2018 | 598 1:11pm | Channing Nguyen | Atlas System | Reserving/File transfer | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 4/19/2018 | 599-600 4:00pm | Aillene Blackwell-Jones | Atlas System | Reserving/File transfer | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/22/2016 | 607 5:26 pm | Heather Guiffra | Atlas System | Manager Review Authority Update | Work-Product (mental impression and notes) and Attorney-Client Privilege |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 12/22/2016 | 607<br>3:35pm | Heather Guiffra | Atlas System | Reserve request approved | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/22/2016 | 607<br>3:13pm | Nack Lima | Atlas System | Reserve request adjustment | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/22/2016 | 607–608<br>3:06pm | Atlas System | Atlas System | Reserve adjustment | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 10/27/2016 | 609-610<br>10:59am | Atlas System | Atlas System | Reserve adjustment (Sterdivant) | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 10/27/2016 | 610<br>10:58am | Heather Giuffra | Atlas System | Manager Review Authority Update | Work-Product (mental impression and notes) and Attorney-Client Privilege |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 10/19/2016 | 610 2:43pm | Crystal Fuentes | Atlas System | Evaluation for Sterdivant | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 9/21/2016 | 610 4:30pm | Crystal Fuentes | Atlas System | Evaluation for Sterdivant | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 9/13/2016 | 611-612 9:59am | Julie Crowell | Atlas System | Reserve/File transfer review | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 7/7/2016 | 614 12:31pm | Atlas System | Atlas System | Reserve adjustment | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 3/14/2016 | 621-622 12:49pm | Dawn Martina | Atlas System | Other loss information for Sterdivant | Work-Product (mental impression and notes) and Attorney-Client Privilege |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 01/07/2016 | 623<br>6:51pm | System User | Atlas System | Payments/Reserving Exposure Transfer | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 01/07/2016 | 623<br>6:44 pm | System User | Atlas System | Payments/Reserving Exposure Transfer | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/20/2015 | 624-625<br>5:42pm | Tiffany White | Atlas System | Reserve adjustment (Wray) Reserve adjustment (Sterdivant) | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/20/2015 | 624-625<br>5:41pm | Atlas System | Atlas System | Reserve adjustment (Wray) Reserve adjustment (Sterdivant) | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 12/17/2015 | 625<br>2:30pm | Jennifer East | Atlas System | Other loss information for Sterdivant | Work-Product (mental impression and notes) and Attorney-Client Privilege |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 12/15/2015 | 625<br>7:30pm | Tiffany White | Atlas System | Payments/Reserving | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 11/2/2015 | 630<br>1:08pm | Atlas System | Atlas System | Payments/Reserving | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 10/20/2015 | 632-633<br>11:41am | Jennifer East | Atlas System | Payments/Reserving Creating stat reserve Stacking notes (Sterdivant) | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 9/30/2015 | 649<br>11:53am | Daniel Stapp | Atlas System | Payments/Reserving Exposure Transfer | Work-Product (mental impression and notes) and Attorney-Client Privilege |
| 9/30/2015 | 650<br>11:37am | Yofunmi Fageyinbo | Atlas System | Payments/Reserving Creating stat reserve coverage notes | Work-Product (mental impression and notes) and Attorney-Client Privilege |

| DATE | BATES NO. | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 9/29/2015 | 651-652 3:08pm | Traesten Dave | Atlas System | Payments/Reserving Exposure transfer, Exposure created | Work-Product (mental impression and notes) and Attorney-Client Privilege |