**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**NICOLE WRAY AND ZACHARY STERDIVANT**                                                        **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 3:18-cv-622-DPJ-FKB**

**GEICO INDEMNITY COMPANY, ET AL.**                                                        **DEFENDANTS**

## MOTION TO COMPEL 30(B)(6) DEPOSITION OF GEICO INDEMNITY COMPANY AND FOR SANCTIONS

COMES NOW the Plaintiff, Nicole Wray, by and through the undersigned attorney, and files this *Motion to Compel 30(b)(6) Deposition of GEICO Indemnity Company and for Sanctions*. In support thereof, Plaintiff files the supporting *Memorandum in Support*, which fully sets for the basis for the relief sought therein.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that the Court grant Plaintiff's motion and the relief set forth therein.

Respectfully submitted this, the 27th day of November, 2020.

           Plaintiff, Nicole Wray

BY:   /s/ R. Kevin Hamilton
       R. KEVIN HAMILTON (MS Bar 100886)
       THE HAMILTON LAW FIRM, P.L.L.C.
       911 26th Ave.
       P.O. Box 1511
       Meridian, MS 39302-1511
       Phone:  (601) 974-5900
       Fax:    (888) 855-0691
       khamilton@thehamiltonlawfirm.com

1

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on that above date that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which served a copy of said filing to all counsel of record

                 /s/ R. Kevin Hamilton
                 R. Kevin Hamilton